# United States District Court

WESTERN DISTRICT OF WASHINGTON

Michelle K. Gloria

v.

Michael J. Astrue

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5714RJB-KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. the Court adopts the Report and Recommendation;

2. the ALJ erred in his decision as described in the report;

3. The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.


June 23, 2009

BRUCE RIFKIN
Clerk

*/s/ Jennie L. Patton*
Deputy Clerk